**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARLOS FELIPE CARRERA-HUERTA, | No. 11-72781 |
| Petitioner, | Agency No. A073-983-677 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 13, 2012 [**]

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

Carlos Felipe Carrera-Huerta, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider the underlying denial of his application for asylum. Our jurisdiction is governed by 8 U.S.C. § 1252, and we deny the petition for review.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

In his opening brief, Carrera-Huerta fails to raise, and therefore waives, any challenge to the BIA's order denying his motion to reconsider. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived). Moreover, the BIA was within its discretion in denying Carrera-Huerta's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior decision affirming the immigration judge's denial of his application for asylum. *See* 8 C.F.R. § 1003.2(b)(1); *Socop-Gonzalez v. INS*, 272 F.3d 1176, 1180 n.2 (9th Cir. 2011) (en banc).

**PETITION FOR REVIEW DENIED.**